

**FILED**

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 23-0232

IN RE THE PETITION OF WHITNEY E. MCKIDDY
FOR ADMISSION TO THE BAR OF THE STATE          O R D E R
OF MONTANA

Whitney E. McKiddy has filed a motion for admission to the Bar of the State of Montana pursuant to Rule III of the Rules for Admission, upon examination.[1] The Bar Admissions Administrator of the State Bar of Montana has informed the Court that McKiddy passed the July 2023 Bar Examination and that the Commission on Character and Fitness has certified that McKiddy has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Whitney E. McKiddy may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 10 day of October, 2023.

**FILED**

OCT 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

---

[1] The Petition cites Rule IV, governing admission upon qualified score transfer, but McKiddy took and passed the July 2023 Montana Bar Examination, and thus is admitted under Rule III.

_____

_____

_____

_____

_____
Justices